# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0224
Lower Tribunal No. 2018-CF-017247

_____

EMELY MAREDIE JIMENEZ COLLAZO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Michael Kraynick, Judge.

June 2, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and KAMOUTSAS, JJ., concur.


Blair Allen, Public Defender, and Maura J. Kiefer, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED